**Roberto Ceron ALFARO; et al., Petitioners,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

**No. 05–73454.**

United States Court of Appeals, Ninth Circuit.

Submitted March 12, 2007 \*.

Filed March 16, 2007.

Dominic E. Capeci, Esq., Law Offices of Kaiser & Capeci, San Francisco, CA, for Petitioners.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Francis W. Fraser, Esq., DOJ—U.S. Department of Justice, Civil Div./Office Of Immigration Lit., Washington, DC, for Respondent.

Before: KOZINSKI, LEAVY, and BYBEE, Circuit Judges.

MEMORANDUM \*\*

Husband and wife Roberto Ceron Alfaro and Betrice Sacedo de Ceron seek review of the orders of the Board of Immigration Appeals upholding an immigration judge's order denying their applications for cancellation of removal. We dismiss the petition for review.

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

We lack jurisdiction to review the discretionary determination that petitioners failed to show exceptional and extremely unusual hardship to a qualifying relative, *see Romero–Torres v. Ashcroft*, 327 F.3d 887, 890 (9th Cir.2003), and petitioners do not raise a colorable due process claim, *see Martinez–Rosas v. Gonzales*, 424 F.3d 926, 930 (9th Cir.2005) ("traditional abuse of discretion challenges recast as alleged due process violations do not constitute colorable constitutional claims that would invoke our jurisdiction.").

We do not consider petitioners' contentions regarding good moral character, because petitioners' failure to establish hardship is dispositive.

**PETITION FOR REVIEW DISMISSED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.